IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WALID A. MUHAMMAD,  :<br>    Plaintiff                      :<br>                                    :<br>    v.                              :<br>                                    :<br>PSYCHOLOGIST VANDIME, et al.,  :<br>    Defendants               :  | No. 1:22-cv-01104<br><br>(Judge Kane) |

**ORDER**

**AND NOW**, on this 10th day of November 2022, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's complaint (Doc. No. 1) is **DEEMED** filed;

2. Plaintiff's complaint (Doc. No. 1) is **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1);

3. Plaintiff may file an amended complaint that corrects the deficiencies identified in the accompanying Memorandum within **thirty (30) days** of the date of this Order;

4. The Clerk of Court is directed to mail Plaintiff a civil rights complaint form. Plaintiff shall title that complaint form "Amended Complaint" and shall include the docket number for this case, 1:22-cv-01104; and

5. In the event that Plaintiff fails to file an amended complaint, or an extension of time to do so, within the thirty (30) days, this action may be subject to dismissal for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania