IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WALID A. MUHAMMAD,** : | | |
| **Plaintiff** : | | |
| : | No. 1:22-cv-01104 | |
| **v.** : | | |
| : | (Judge Kane) | |
| **PSYCHOLOGIST VANDIME, et al.,** : | | |
| **Defendants** : | | |

## ORDER

**AND NOW**, on this 27th day of February 2023, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's amended complaint (Doc. No. 20) is **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1);

2. Plaintiff is **DENIED** any further leave to amend;

3. Plaintiff's motion for summary judgment (Doc. No. 21) is **DENIED as moot**; and

4. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane<br>
Yvette Kane, District Judge<br>
United States District Court<br>
Middle District of Pennsylvania